**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1363

LYNETTE COOPER,

Plaintiff - Appellant,

v.

HABC; JANET ABRAHAMS, President/CEO; CORLISS ALSTON, SVP; MR. TIMMINS, Inspection Supervisor; MELISSA WHITE, Inspection; MR. LOHER, Inspection Supervisor; RARSLEN LYONS, Supervisor; MR. RENEE FRAZIER, Male Assistant to Corliss Alston; ERIN HOLLEY; CHRISTINE WESTHOOK; TIFFANY WHITE; ERIC TURNER; MS. K. CLARK; TOMIKA WEBB,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:23-cv-00215-GLR)

Submitted:  March 28, 2024                    Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lynette Cooper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynette Cooper appeals the district court's order dismissing her civil action for failure to abide by the court's prior order, which directed Cooper to explain why the action should not be dismissed on the grounds of res judicata or collateral estoppel. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Cooper's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the appealed-from order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*